Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
Ted A. Troutman, OSB #844470

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES EDWARD HICKAM,<br><br>Debtor. | Case No. 17-33118-thp13<br><br>**NOTICE OF DEATH** |

Pursuant to Local Bankruptcy Rule 1016-1, Debtor's counsel hereby files this NOTICE OF DEATH for Debtor, James Edward Hickam. A redacted copy of the Certificate of Death is attached.

Presented By:

*/s/ Ted A. Troutman*

June 23, 2022
Date

Ted A. Troutman, OSB#844470
Attorney for Debtor



Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

*17-33118

OREGON HEALTH AUTHORITY
CENTER FOR HEALTH STATISTICS
## CERTIFICATE OF DEATH

992191
I.D. TAG NO.

136-2022-009416
STATE FILE NUMBER

TO BE COMPLETED BY FUNERAL FACILITY

Legal Name — First: James — Middle: Edward — Last: Hickam — Suffix:
Death Date: Found March 16, 2022

Sex: Male
Age: [redacted]
Social Security Number: [redacted]/991
County of Death: Multnomah

Birthdate: [redacted]1946
Birthplace: Tacoma, Washington
Was Decedent Ever in U.S. Armed Forces? Yes

Residence: 1504 NE Hogan Drive
City/Town: Gresham

Residence County: Multnomah
State or Foreign Country: Oregon
Zip Code + 4: 97030
Inside City Limits? Yes

Marital Status at Time of Death: Divorced
Spouse's Name Prior to First Marriage:

Father's Name: [redacted]
Mother's Name Prior to First Marriage: [redacted]

Informant's Name: Dean Hickam
Telephone Number: Not Available
Relationship to Decedent: Brother
Mailing Address: 907 W Pioneer, Puyallup, WA 98371

Place of Death: Decedent's Residence
Facility Name:

Location of Death: 1504 NE Hogan Drive
City/Town or Location of Death: Gresham
State: Oregon
Zip Code + 4: 97030

Method of Disposition: [redacted]
Place of Disposition: Hill Funeral Home & Cremation Services
Location (City/Town and State): Puyallup, Washington

Name and Complete Address of Funeral Facility: Cascade Mortuary Services 8972 SW Tualatin Sherwood Road, Tualatin, Oregon 97062

Date of Disposition: March 17, 2022
Funeral Director's Signature: ▶ *René L Pyatt* Electronically Signed
OR License Number: FS-0667

Registrar's Signature: ▶ *Jennifer A. Woodward*
Date Received: March 23, 2022
Local File Number:

Amendment: Informant's Relationship was Sister, amended electronically by F.Dir., J.A. Woodward, State Reg., nb, 4/8/2022.

TO BE COMPLETED BY MEDICAL CERTIFIER

Was case referred to Medical Examiner? No
Autopsy? No
Were autopsy findings available to complete the cause of death?
Time of Death: Found 11:12 AM

CAUSE OF DEATH — Approximate Interval: Onset to Death

IMMEDIATE CAUSE a. [redacted] — 7 months

Due to (or as a consequence of) b. [redacted] — 22 years

Due to (or as a consequence of) c.

Due to (or as a consequence of) d.

Other significant conditions contributing to death

Manner of Death: Natural
If Female: Not Applicable
Did tobacco use contribute to death? No

Date of Injury:
Time of Injury:
Place of Injury:
Injury at Work?

Location of Injury:

Describe how injury occurred:
If transportation injury, specify.

Name and Address of Certifier: Edward Lawrence Rambousek 1800 NE Market Drive, Fairview, Oregon 97024

Name and Title of Attending Physician If Other than Certifier:
Date Signed: March 23, 2022

Medical Certifier: *Edward Lawrence Rambousek* Electronically Signed
Title of Certifier: D.O.
License Number: DO17804

Amendment:

*20220419039*

45-2CC (01/06)

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

DATE ISSUED: April 15, 2022

*Jennifer A. Woodward*
JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

STATE OF OREGON 1859

OREGON HEALTH AUTHORITY ★ PUBLIC HEALTH DIVISION

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE