Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
Ted A. Troutman, OSB #844470

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES EDWARD HICKAM,<br><br>Debtor. | Case No. 17-33118-thp13<br><br>**MOTION TO CONTINUE CASE; MOTION FOR WAIVER OF FILING REQUIREMENT** |

Debtor's Personal Representative, Dean Hickam, by and through debtor's attorney, Ted A. Troutman, hereby files this *Motion to Continue Case; Motion for Waiver of Filing Requirements*. Debtor James Edward Hickam is deceased. Debtor's brother and Personal Representative, Dean Hickam, requests the Court to allow James Hickam's Chapter 13 case to continue in the same manner, so far as possible, as though the death of debtor James Hickam had not occurred. Debtor's Personal Representative feels it is in the best interest to have the case continue and be administered by the Chapter 13 Trustee. Personal Representative, Dean Hickam, includes with this filing a *Declaration in Support of Motion to Continue Case*.

The Chapter 13 Trustee states he has no objection to the continuance of the case under the terms of the confirmed Chapter 13 Plan.

Debtor's Personal Representative, Dean Hickam, hereby motions the Court for an order that continue James Hickam's Chapter 13 case. Debtor's Personal Representative also motions the Court to waive the filing requirements to file the domestic support obligation certificate required under §1328(a). A copy of the proposed *Order Continuing Case and Waiving Certain Filing Requirements* is attached as *Exhibit 1*.

Moved and Presented By:

*/s/ Ted A. Troutman*

June 23, 2022
Date

Ted A. Troutman, OSB#844470
Attorney for Debtor



Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
Ted A. Troutman, OSB #844470

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES EDWARD HICKAM,<br><br>Debtor. | Case No. 17-33118-thp13<br><br>**DECLARATION IN SUPPORT OF MOTION TO CONTINUE CASE** |

I, Dean Hickam, hereby declare under penalty of perjury the following is true and correct:

1. I am the brother and personal representative for debtor in this Chapter 13 Bankruptcy case and I am filing this *Declaration in Support of Motion to Continue Case*;
2. On March 16, 2022 my brother, James Edward Hickam, passed away;
3. The Chapter 13 case was filed solely by my late brother;
4. The Chapter 13 Plan is estimated to pay secured and priority claims filed;
5. I feel that it is in the best interest for the Chapter 13 case to continue in the same manner as though my brother had not passed away;
6. So far as possible, it is my intention to continue to meet all obligations under the terms of the confirmed Chapter 13 Plan;



Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

7. I understand that the Court will need to grant waivers of the requirements to file the domestic support obligation certificate required under §1328(a). The Court's waiver would be necessary for this case to be concluded in the same manner as if my brother had not passed away.

Dated this 22nd day of June, 2022

*/s/ Dean Hickam*

Dean Hickam
Personal Representative for Debtor



Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

"Exhibit 1 "

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES EDWARD HICKAM,<br><br>Debtor. | Case No. 17-33118-thp13<br><br>**ORDER TO CONTINUE CASE AND WAIVER OF FILING REQUIREMENT** |

Based upon the *Motion to Continue Case; Motion for Waiver of Filing Requirements*, filed as court docket no. ___, and the Court being fully advised,

/ / /

/ / /



Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

**IT IS HEREBY ORDERED** that this Chapter 13 case may proceed and be concluded in the same manner, as far as possible, as though the death of Debtor James Hickam had not occurred. It is further ordered that the requirements to file the domestic support obligation certificate required under §1328(a) is hereby waived.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

*/s/ Ted A. Troutman*

Ted A. Troutman, OSB #844470
Attorney for Debtor

CC Via Conventional Paper Service:

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

ODR Bkcy
955 Center St NE
Salem, OR 97301-2555



Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

Ted A. Troutman, OSB #844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| In re:<br><br>JAMES EDWARD HICKAM,<br><br>Debtor(s). | Case No. 17-33118-thp13<br><br>CERTIFICATE OF SERVICE |

I, Lisette Barajas, Declare as follow:

I certify that on **June 24, 2022**, I served, by **first class mail**, a full and true copy of the attached **Motion to Continue Case; Motion for Waiver of Filing Requirement, Declaration in Support of Motion to Continue Case and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**Dean Hickam**
**815 NE Hogan Drive**
**Gresham OR 97030**

**American Express Bank, FSB**
**c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

**ODR Bkcy**
**955 Center St NE**
**Salem, OR 97301-2555**

Dated: **June 24, 2022**

/s/ Lisette Barajas
Lisette Barajas, Legal Assistant to
Ted A. Troutman