Jordan S. Hantman OSB #060715
Office of Wayne Godare
Standing Chapter 13 Trustee
222 SW Columbia Street, Suite 1700
Portland, OR 97201
Phone: (503) 972-6300

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 17-33118-dwh13 |
| James Edward Hickam | NOTICE AND MOTION TO DISMISS FOR FAILURE TO COMPLETE PLAN WITHIN EIGHTY-FOUR (84) MONTHS |
| Debtor. | |

**NOTICE OF MOTION TO DISMISS**

If you oppose the proposed relief sought in this motion, you must file a written objection with the bankruptcy court no later than 28 days after the date listed in the certificate of service below. If you do not file an objection, the court may grant the motion without further notice or hearing. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at 1050 SW 6th Ave., #700, Portland, OR 97204 by the deadline specified above or it may not be considered. You must also serve the objection on Wayne Godare, Standing Chapter 13 Trustee, 222 SW Columbia St., Ste. 1700, Portland, OR 97201 within that same time. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

**MOTION TO DISMISS**

Wayne Godare, Standing Chapter 13 Trustee ("Trustee"), moves this Court for an Order dismissing this case due to Debtor's failure to complete the plan within the 84-month limit provided by former 11 U.S.C. § 1329(d). The 84th plan payment was due August 18, 2024.

Debtor's Chapter 13 voluntary petition was filed on August 18, 2017 (Dkt. #1). Debtor's Chapter 13 plan dated 09/11/17 was confirmed on January 19, 2018 (Dkt. #46). The first payment under the confirmed plan was due September 18, 2017. ¶13 of Debtor's approved Post-Confirmation Amended Chapter 13 plan dated 03/14/22 provides, in part: "Pursuant to Section 1329(d) of the Bankruptcy Code, debtor elects to extend this Chapter 13 plan to a maximum of 84 months due to the following material financial hardship caused by the Coronavirus pandemic: Debtor is self-employed and his business has suffered a downturn in sales, thus causing debtor's household income to fall."

The plan appeared feasible at the time of the modification. However, Debtor failed to sell or refinance an interest in real property by March 31, 2024 as required by plan ¶10.

The amount necessary to pay off the case is approximately $94,360. The Trustee requests the Court dismiss this case since the plan has run beyond the 84-month limit.

DATED: January 8, 2025

Respectfully submitted,

/s/ Jordan S. Hantman OSB #060715
for Wayne Godare, Trustee

I certify that the Trustee, on January 8, 2025, served a copy of this Motion by mail on Debtor c/o Dean Hickam, 907 W Pioneer, Puyallup, WA 98371, and electronically via ECF on Ted Troutman, Attorney for Debtor.

/s/ Jordan S. Hantman OSB #060715
for Wayne Godare, Trustee